**Order entered November 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-95-00733-CV

## EARL STEPHENSON, Appellant

### V.

## SMS FINANCIAL II, L.L.C., AN ARIZONA LIMITED LIABILITY COMPANY, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 94-11846-A

## ORDER

The Court **REINSTATES** the appeal.

On March 19, 1996, the appeal was abated due to the filing of bankruptcy by appellant. By letter dated, October 28, 2015, we directed the parties to notify the Court of the status of the bankruptcy proceedings. We specifically directed that if the bankruptcy proceeding was closed, that appellant file either a motion to dismiss the appeal or written verification that the appeal should proceed. On November 5, 2015, appellant filed a motion to dismiss the appeal. We will dispose of the motion in due course.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE